# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| EDWARD B. WINSLOW, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANCORPSOUTH, INC., AUBREY B. PATTERSON, JR., JAMES V. KELLEY and WILLIAM L. PRATER,<br><br>Defendants. | Civil Action No. 3:10-cv-00463<br><br>Judge William J. Haynes, Jr./Magistrate Judge Bryant<br><br>**<u>CLASS ACTION</u>**<br><br>**<u>DEMAND FOR JURY TRIAL</u>** |

## <u>ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT</u>

This matter came before the Court on the Plaintiff's Unopposed Motion for Leave to Exceed Page Limit. It appearing to the Court for good cause shown that said Order should be entered, it is hereby ORDERED that Plaintiff be permitted to file a brief in opposition to Defendants' motion to dismiss not to exceed 60 pages, excluding exhibits.

**SO ORDERED.**

This the 14th day of January, 2011.

*s/ John S. Bryant*
UNITED STATES MAGISTRATE JUDGE

1