UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **EDWARD B. WINSLOW, Individually and on Behalf of All Others Similarly Situated,** | )<br>)<br>) |
| **Plaintiff,** | )<br>)<br>) |
| vs. | )<br>) |
| **BANCORPSOUTH, INC., AUBREY B. PATTERSON, JR., JAMES V. KELLEY and WILLIAM L. PRATER,** | ) No. 3:10-cv-00463<br>) Judge Sharp<br>) Magistrate Judge Bryant<br>)<br>) |
| **Defendants.** | )<br>)<br>) |

**ORDER**

Pending before the Court is the parties' Joint Motion to Reopen Case For Consideration of the Fairness and Adequacy of the Proposed Settlement Pursuant to Fed. R. Civ. P. 23(e). For good cause shown, the motion is granted, and this case is reopened and placed back on the active docket so that the parties may file with the Court the proposed settlement agreement and a motion for a preliminary approval of the settlement and provision of notice to the settlement class. Upon filing of the motion, counsel for the parties shall contact the Court to establish a schedule for settlement proceedings.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

1